UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tavaris Pittman                                  Docket No. 5:13-CR-172-1BO

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tavaris Pittman, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 8, 2014, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Tavaris Pittman was released from custody on October 14, 2016, at which time the term of supervised release commenced.

On March 6, 2018, the defendant's case was reassigned to U.S. District Judge Terrence W. Boyle.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant received a citation for Driving While License Revoked Not Impaired Revocation and Possession of Open Container/Consuming Alcohol in the Passenger Area (17CR702602) in Martin County, North Carolina, on November 28, 2017, and he received an additional citation for Driving While License Revoked Not Impaired Revocation (17CR706129) in Edgecombe County, North Carolina, on December 3, 2017. The defendant received a verbal reprimand and was counseled about his actions. The defendant will be referred for a substance abuse assessment at Straight Walk Family Services, and as a sanction for this behavior, we are recommending he be required to adhere to a curfew as directed by the probation officer for 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ Dwayne K. Benfield                         /s/ Taron N. Seburn
Dwayne K. Benfield                             Taron N. Seburn
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               201 South Evans Street, Rm 214
                                               Greenville, NC 27858-1137
                                               Phone: 252-830-2335
                                               Executed On: March 7, 2018

Tavaris Pittman
Docket No. 5:13-CR-172-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___March___, 2018, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge